IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CHARLES R. TACKETT, | * |
| Plaintiff, | * |
| vs. | *  No. 4:05cv00707 SWW |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | * |
| Defendant. | * |

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received by Magistrate Judge Henry Jones, to which there have been no objections, and has further reviewed the record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 28th day of September 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE